# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**     Case No. 3:19-cr-49-TJC-MCR

vs.

**ALI AKHENATEN**

_____

## NOTICE OF INTENT TO INTRODUCE EXPERT EVIDENCE RELATING TO DEFENDANT'S MENTAL CONDITION

Pursuant to the Court's Order of June 29, 2021, Doc. 73, which sets deadlines, including a deadline for motions, Defendant, Ali Akhenaten, provides notice to the United States and the Court that he intends to introduce expert evidence relating to his mental condition as it bears on issues of guilt, as required by Fed. R. Crim. P. 12.2(b).

Respectfully submitted this 17th day of August, 2021.

                                         _/s/ James Glober_
                                         James Glober
                                         Attorney for Defendant
                                         Fla. Bar No. 612359
                                         422 Jacksonville Drive
                                         Suite B
                                         Jacksonville Beach, FL 32250
                                         jglober@globerlaw.com
                                         904-633-9999

# CERTIFICATE OF SERVICE

I hereby certify that on August 17th, 2021, I filed the foregoing electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

>Arnold B. Corsmeier, Esquire
>Assistant United States Attorney
>300 North Hogan Street, Suite 700
>Jacksonville, Florida 32202-4270
>Chip.Corsmeier@usdoj.gov

>*s/ James Glober*
>James Glober