UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                              CASE NO.: 3:19-cr-49-TJC-MCR

ALI AKENATEN

_____

### DEFENDANT'S EXHIBIT LIST

Pursuant to the Court's order of November 15, 2021, Doc. No. 103,

Defendant, provides the following list of Exhibits:

1. All Exhibits listed by the United States of America.

2. Special Agent Report and Exhibits

3. Documents from Florida Financial Solutions v. Department of the Treasury IRS, Small Business and Self Employed and United States of America 3:13-cv-734-MMH-TEM:
    a. Complaint (Doc. No. 2)
    b. Dismissal Without Prejudice (Doc. No. 9)
    c. Notice of Removal (Doc. No. 1)
    d. Docket and Summons (Doc. No. 1-1)

4. Documents from Darryl Oliver v. Frederick D. Matthews, Florida Fourth Judicial Circuit, 16-2014-SC-2749:
    a. Complaint
    b. Order of Dismissal

5. Documents from Darryl Oliver v. Theodore Green, Florida Fourth Judicial Circuit, 16-2014-SC-2753
    a. Complaint
    b. Order of Dismissal

6. Documents from Darryl Oliver v. Wanda Hunter, Florida Fourth Judicial Circuit, 16-2014-SC-2756:
    a. Complaint

    b.      Order of Dismissal

7.      Documents from Darryl Oliver v. Wells Fargo Bank, N.A., Florida Fourth Judicial Circuit 16-2014-CA-4246:
    a.      Complaint
    b.      Order of Dismissal

8.      Documents from Darryl Oliver v. Honesty Parrish, Florida Fourth Judicial Circuit, 16-2014-CA-4376:
    a.      Complaint
    b.      Order to Show Cause and Notice of Status Conference
    c.      Order of Dismissal

9.      Documents from Darryl Oliver v. IRS/Small Business/Self Employed Area #3, Florida Fourth Judicial Circuit, 16-2017-CA-171:
    a.      Complaint
    b.      Order Dismissing Case

10.    Documents from Darryl Oliver v. Department of the Treasury IRS, Small Business and Self Employed, 3:14-CV-446-HLA-MCR
    a.      Complaint (Doc. No. 1)
    b.      Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. No. 5)
    c.      Order Dismissing Case (Doc. No. 7)

11.    Documents from Darryl Oliver v. Department of the Treasury, 3:15-cv-1344-HLA-JRK:

    a.      Complaint (Doc. No. 1)
    b.      Order Dismissing Case (Doc. No. 5)

12.    Darryl Oliver v. Lisa Lyonais, Mitzi Hovancik, J. Shulman, and Kathy Harris, 3:16-cv-1490-MMH-MCR:
    a.      Notice of Removal (Doc. No 1)
    b.      Notice of Filing State Court Record (Doc. No. 1-1)
    c.      Complaint (Doc. No. 2)
    d.      Motion to Dismiss by All Defendants (Doc. No. 16)
    e.      Motions to Strike Motions to Dismiss (Doc. Nos. 19, 21, 22, 23)
    f.      Response to Motions to Strike Motion to Dismiss (Doc. No. 25)
    g.      Motion to Remand to State Court (Doc. No. 28)
    h.      Response to Renewed Motion to Remand to State Court (Doc. No. 32)
    i.      Report and Recommendations (Doc. No. 33)
    j.      Order Dismissing Cases, etc. (Doc. No. 34)

13. Darryl Oliver v. Mitzi Hovancik, 3:16-cv-1491-MMH-MCR:
    a. Complaint (Doc. No. 2)

14. Darryl Oliver v. J. Shulman, 3:16-cv-1492-MMH-MCR:
    a. Complaint (Doc. No. 2)

15. Darryl Oliver v. Kathy Harris, 3:16-cv-1555-MMH-MCR
    a. Complaint (Doc. No. 2)

16. Darryl Oliver v. United States of America, 3:16-mc-20-MMH-JBT
    a. Petition to Quash Summons (Doc. No. 1)
    b. Response to Order to Show Cause (Doc. No. 3)
    c. Report and Recommendation (Doc. No. 4)
    d. Order Denying Petition (Doc. No. 5)

17. Akhenaten v. United States, United States District Court for the Eastern District of Virginia, 1:18-mc-3-AJT-TCB
    a. Petition to Quash Summons

18. Duval County Public School Records of Darryl Oliver.


Respectfully submitted this 17th day of December, 2021.


    *s/ James Glober*
James Glober
Attorney for Defendant
Fla. Bar No. 612359
422 Jacksonville Drive
Suite B
Jacksonville Beach, FL 32250
jglober@globerlaw.com
904-633-9999

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, I filed the foregoing electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Arnold B. Corsmeier, Esquire
    Assistant United States Attorney
    300 North Hogan Street, Suite 700
    Jacksonville, Florida 32202-4270
    Chip.Corsmeier@usdoj.gov

                          *s/ James Glober*
                          James Glober, Esquire