UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:19-cr-49-TJC-MCR

ALI AKENATEN
_____

## DEFENDANT'S WITNESS LIST

Pursuant to the courts order of November 15, 2021, Document Number 103, Defendant, provides the following list of witnesses:

1. Regina Grier
   Jacksonville FL

2. Ruth Jiles
   St. Mary's GA

3. Richard Jiles
   St. Mary's GA

4. Wade Garner
   Jacksonville FL

5. Deborah Hughes
   Jacksonville Fl

6. Eric Wilson
   Jacksonville, FL

7. Linda Napoleon
   Jacksonville, FL

8. Lillie Vereen
   Jacksonville, FL

9. Susan Young, Psy. D.
   14286 Beach Blvd, Suite 22
   Jacksonville FL 32250

10. Carlos Dawson
    Jacksonville FL

11. J. Shulman
    Internal Revenue Service

12. Kathy Harris
    Internal Revenue Service

13. Lisa Lyonais
    Internal Revenue Service

14. Mitzi Hovancik
    Internal Revenue Service

15. Linda Stuart
    Internal Revenue Service

16. Brenda Graham
    Internal Revenue Service

17. Custodian of Records
    Duval County Public Schools
    1701 Prudential Drive
    Jacksonville FL 32207

18. All witnesses listed by the Government in this action

19. Defendant

Respectfully submitted this 17th day of December, 2021.

       *s/ James Glober*
James Glober
Attorney for Defendant
Fla. Bar No. 612359
422 Jacksonville Drive
Suite B
Jacksonville Beach, FL 32250
jglober@globerlaw.com
904-633-9999

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, I filed the foregoing electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Arnold B. Corsmeier, Esquire
Assistant United States Attorney
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Chip.Corsmeier@usdoj.gov

       *s/ James Glober*
James Glober, Esquire